UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21098-CIV-LENARD/LOUIS

**MARIA C. RODRIGUEZ**,

    Plaintiff,

v.

**KILOLO KIJAKAZI,**
**Acting Commissioner of the**
**Social Security Administration,**

    Defendant.
_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 21),**
**GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (D.E. 17),**
**DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (D.E. 18),**
**AND REMANDING FOR FURTHER PROCEEDINGS**

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Lauren Louis, ("Report," D.E. 21), issued on July 22, 2022, recommending the Court grant Plaintiff Maria C. Rodriguez's Motion for Summary Judgment, (D.E. 17), deny Defendant Kilolo Kijakazi, Acting Commissioner of the Social Security Administration's Motion for Summary Judgment, (D.E. 18), reverse the decision of the Administrative Law Judge ("ALJ"), and remand to the ALJ "with instructions to reanalyze steps four and five of the Social Security Administration's five-step inquiry, including reevaluating the medical evidence and inconsistencies in the evidence, and reconsidering Plaintiff's ability to return to past relevant work in compliance with SSR 82–62, obtaining the testimony of a vocational expert, if necessary." (Report (D.E. 21) at 26.) The Report provides the Parties

with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 21) issued on July 22, 2022, is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (D.E. 17) is **GRANTED**;

3. Defendant's Motion for Summary Judgment (D.E. 18) is **DENIED**;

4. The decision of the ALJ is **REVERSED** and this case is **REMANDED** under Sentence Four of 42 U.S.C. § 405(g) to the Commissioner with instructions that the ALJ reanalyze steps four and five of the Social Security Administration's five-step inquiry, including reevaluating the medical evidence and inconsistencies in the evidence, and reconsidering Plaintiff's ability to return to past relevant work in compliance with SSR 82–62, obtaining the testimony of a vocational expert, if necessary; and

5. All other pending motions are **DENIED AS MOOT**; and

**6.** This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 16th day of August, 2022.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**